### STORER v. HINKLY.

An administrator is accountable for rents of land, where the estate is insolvent.

Expenses incurred in the sale of lands in Vermont, not allowable against the estate of the deceased lying in Connecticut.

APPEAL from probate. 1st. Because the judge had allowed the executor too much in his account. 2d. Because he had allowed him £190 13s. 9d., for charges in selling lands in the state of Vermont, which sold for but £65 6s. 3d. Because he had not obliged the executor to account for the rents and profits of the real estate, before it was represented insolvent.

The court disaffirmed the decree of probate in part, viz. as to rents and profits arising upon leases given in the lifetime of the deceased; and affirmed it as to the rest. Writ of error was after brought to the Supreme Court of Errors, and the judgment was reversed as to the charges which were allowed for selling the lands in the state of Vermont.

ROOT, J., excused himself from judging in this case, having been heretofore concerned as counsel for Hinkly.